UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO F. CHERAZO, individually, and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>   vs.<br><br>ESSENDANT CO., an Illinois corporation; and DOES 1 through 10, inclusive<br><br>   *Defendants*. | No.: 2:21−cv−06533−JAK−DFM<br><br><u>CLASS ACTION</u><br><br>**ORDER RE JOINT STIPULATION TO REMAND MATTER TO STATE COURT (DKT. 21)**<br><br>**JS-6** |

Based on a review of the Joint Stipulation to Remand Matter to State Court (the "Stipulation" (Dkt. 21)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED** as follows:

1. All pre-trial dates and deadlines in this case are **VACATED**; and

2. This action is **REMANDED** to the Los Angeles County Superior Court, pursuant to the terms set forth in the parties' stipulation.

**IT IS SO ORDERED.**

Dated: February 4, 2022

_____
John A. Kronstadt
United States District Judge